Brian BOHLEN, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 104658

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE**.

Filed: March 28, 2017

Timothy Forneris, Missouri Public Defender Office, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

### ORDER

PER CURIAM.

Brian Bohlen appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).